| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MEDRANO,<br><br>Defendant. | 2:19-cr-00120-CKD<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: November 21, 2019<br>TIME: 1:30 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its counsel of record, Christopher S. Hales, and the defendant, DAVID MEDRANO, by and through his counsel of record, Linda C. Allison, hereby stipulate that the sentencing hearing currently set for November 21, 2019 at 1:30 p.m. be continued to February 20, 2020 at 1:30 p.m.

Probation has no objection to this continuance.

IT IS SO STIPULATED.

Dated: November 19, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Christopher S. Hales*
CHRISTOPHER S. HALES
Assistant United States Attorney

///

STIPULATION TO CONTINUE
SENTENCING; [PROPOSED] ORDER

1

USA v. DAVID MEDRANO

Dated: November 19, 2019  /s/ *Linda C. Allison* (authorized on 11/19/19 )
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
DAVID MEDRANO

**ORDER**

IT IS SO ORDERED.

Dated: November 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE