HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
DAVID MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00120-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| DAVID MEDRANO, | DATE: February 24. 2020 |
| Defendant. | TIME: 9:30 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

The Federal Public Defender's Office through Assistant Federal Defender Linda Allison, counsel for defendant David Medrano, and the United States, through its counsel Assistant United States Attorney Christopher Hales, hereby stipulate to vacate the sentencing hearing scheduled for February 24, 2020, at 9:30 a.m. and set it instead for April 16, 2020, at 9:30 a.m.

Formal objections and sentencing memorandums will be due by April 9, 2020. United States Probation has no objection to the new scheduled date and is requesting additional time to complete the presentence report.

Respectfully submitted,

DATE: February 18, 2020      HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Linda Allison*
                             LINDA ALLISON
                             Assistant Federal Defender
                             Attorney for David Medrano

Stipulation and Order to Vacate and Re-Set Sentencing Hearing

| | |
|---|---|
| DATED: February 18, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Christopher Hales*<br>CHRISTOPHER HALES<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS SO ORDERED.

Dated: February 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE