McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00120-CKD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: April 16, 2020 |
| DAVID MEDRANO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its counsel of record, Christopher

S. Hales, and the defendant, DAVID MEDRANO, by and through his counsel of record,

Linda C. Allison, hereby stipulate that the sentencing hearing currently set for April 16,

2020 at 9:30 a.m. be continued to June 18, 2020 at 9:30 a.m.

Probation has no objection to this continuance.

The following dates will apply:

| | |
|---|---|
| Reply and Sentencing Memo | June 11, 2020 |
| Motion for correction filed with court | June 4, 2020 |
| Pre-Sentence Report shall be filed with court | May 28, 2020 |
| Counsel's written objections shall be delivered to Probation Officer and opposing counsel | May 21, 2020 |

///

IT IS SO STIPULATED.

Dated:  March 30, 2020                          McGREGOR W. SCOTT
                                                United States Attorney


                                      By:   */s/ Christopher S. Hales*
                                            CHRISTOPHER S. HALES
                                            Assistant United States Attorney

Dated:  March 30, 2020                      */s/ Linda C. Allison* (authorized on 3/30/2020)
                                            LINDA C. ALLISON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            DAVID MEDRANO



**ORDER**

IT IS SO ORDERED.


Dated:  March 30, 2020

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE